■ CARLTON PROPERTIES, INC., Appellant, v. 475 GRAND CONCOURSE REALTY CORP., Respondent.— No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEOPOLD ALTMAN, JR., Appellant.— No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ HENRY ASHENFARB et al., as Trustees under the Will of BARNET ASHENFARB, Deceased, Respondents, v. BARNET MIRROR CORP., Appellant.— No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD GRAVES, Appellant, v. HENRY J. NOBLE, as Warden of the New York City Penitentiary, Rikers Island, Respondent.— No opinion. Concur — Valente, J. P., McNally, Stevens, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD GRAVES, Appellant.— No opinion. Concur — Valente, J. P., McNally, Stevens, Steuer and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES DOYLE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT J. MACONI. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR WILLIAMS.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

(Republished)

■ LESTER LIBERMAN, Individually and as Director and Stockholder of Valley Forge Flag Company, Inc., Respondent, v. VALLEY FORGE FLAG COMPANY, INC., et al., Appellants, et al., Defendant. (Action No. 1.) LESTER LIBERMAN, Individually and as Director and Stockholder of Valley Forge Flag Company, Inc., Respondent, v. VALLEY FORGE FLAG COMPANY, INC., et al., Appellants. (Action No. 2.) — Orders, entered on January 16, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of ANGELO CAMPERLENGO v. STATE LIQUOR AUTHORITY.— Motion for a preference denied, without costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ HENRY WALTEMADE, INC., v. PARKCHESTER FOUNDATION, INC.— Motion for a stay granted on the terms and conditions contained in the stipulation of the respective parties, dated March 15, 1962. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.